UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHNEL SCOTT,

    Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 04-141(ARR)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Steven Weiser, it is hereby

ORDERED that the entire case file for the above-refenced defendant be unsealed.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
       October 19, 2005